IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERI MARCHIONDA,<br><br>          Plaintiff,<br><br>     v.<br><br>EMBASSY SUITES, INC., EMBASSY<br>SUITES FRANCHISE, LLC, EMBASSY<br>SUITES MANAGEMENT, LLC, HILTON<br>WORLDWIDE, INC., HILTON<br>WORLDWIDE HOLDINGS, INC.,<br>HAMMONS, INC., JOHN Q. HAMMONS<br>HOTELS, INC., JOHN Q. HAMMONS<br>HOTELS MANAGEMENT, LLC, ATRIUM<br>TRS III, LP, and JOHN DOE<br>CORPORATIONS, 1-10,<br><br>          Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-4059 (JBS/KMW)<br><br>**ORDER TRANSFERRING THIS ACTION<br>TO THE U.S. DISTRICT COURT FOR<br>THE SOUTHERN DISTRICT OF IOWA,<br>CENTRAL DIVISION** |

This matter comes before the Court by way of the parties' joint motion to transfer this action to the U.S. District Court for the Southern District of Iowa, Central Division [see Docket Item 30]; and the Court noting that, on August 12, 2015, the Court expressed "serious doubts" concerning the propriety of this Iowa-centric action proceeding in this forum, but nevertheless directed the parties to proceed to a limited period of jurisdictional discovery, Marchionda v. Embassy Suites, Inc., ___ F. Supp. 3d ____, 2015 WL 5005762, at *2-*3 (D.N.J. Aug. 12, 2015); and the Court further noting that the parties assert that transferring this action "would be convenient for certain

witnesses, would promote efficient use of judicial resources, and would be supported by [the] familiarity of the transferee court" with the applicable state law [Docket Item 30 at ¶ 9 (internal citations omitted)]; and the Court finding that Plaintiff Cheri Marchionda could originally have brought this action in the U.S. District Court for the Southern District of Iowa, Central Division, see 28 U.S.C. §§ 1391(a)(2), 1404(a); and the Court further finding that the relevant considerations in 28 U.S.C. § 1404(a) favor transfer of this action by consent, particularly in light of the fact that the material events in this litigation all occurred in Iowa, see Fernandes v. Deutsche Bank Nat'l Trust Co., No. 15-6928, 2015 WL 9272878 (D.N.J. Dec. 18, 2015) (discussing the relevant factors); and for other good cause shown;

IT IS this **29th** day of **December**, **2015** hereby

**ORDERED** that the parties' joint motion to transfer [Docket Item 30] shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this action shall be, and hereby is, **TRANSFERRED** to the U.S. District Court for the Southern District of Iowa, Central Division; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case upon the docket.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge