# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CHERI MARCHIONDA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN Q. HAMMONS HOTELS MANAGEMENT, LLC; ATRIUM TRS III, LP<br><br>Defendants. | Case No 4:15-CV-00479<br><br>**PLAINTIFF'S AMENDED WITNESS LIST** |

In addition to those witnesses previously identified by Plaintiff in her witness list filed with the Amended Final Pretrial Order (ECF Doc. 438), Plaintiff amends her previously filed witness list to include the following, without prejudice to any trial objection made by Plaintiff:

1. Leah Behl, Ph.D. (by deposition designations)

Respectfully submitted on January 31, 2019 by:

*/s/ Paul D. Brandes*
Peter M. Villari, Esquire
Paul D. Brandes, Esquire
Villari, Brandes & Giannone, P.C.
161 Washington Street, Suite 400
Conshohocken, PA 19428
T:  (610) 729-2900
pbrandes@villarilaw.com

*/s/ Michael A. Hanamirian*
Michael A. Hanamirian, Esquire
The Hanamirian Firm, P.C.
1608 Walnut Street, Suite 803
Philadelphia, PA  19103
T: (215) 735-4235
hana236@aol.com

*/s/ Frederick W. James*
Frederick W. James, Esq.

The James Law Firm, P.C.
2600 Grand Avenue, Suite 213
Des Moines, IA  50312
T: (515) 246-8484
frederick@jameslawfirm.com
*Attys. for plaintiff*