## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

| | |
|---|---|
| Case No. 4:15-cv-00479 | : Clerk's Court Minutes – Jury Trial (Day Six) |

| Plaintiff(s) | Defendant(s) |
|---|---|
| CHERI MARCHIONDA | JOHN Q. HAMMONS HOTELS MANAGEMENT LLC; ATRIUM TRS III, LP |

Plaintiff(s) Counsel: Peter Villari; Paul Brandes; Michael Hanamirian; Fredrick James

Defendant(s) Counsel: Mark A. Schultheis; Frederick N. Sager, Jr.; M. Alan Holcomb; Emily Quan; Spencer Cady

Court Reporter: Terri Martin   :   Interpreter: N/A

Motion(s) for Ruling:                         Ruling   /   Ruling Reserved

Proceedings:

Trial resumes: 8:55. LeBuhn video deposition testimony continues: 8:58- 10:00. Exhibits entered into evidence based on LeBuhn testimony. Pl. calls Paul Rich; sworn; testifies: 10:05-10:31. Recess: 10:31-10:44. Ct proceeds with counsel off the record out of the presence of the jury: 10:44-10:47. Trial resumes: 10:48. Rich testimony continues: 10:48-12:01. Lunch recess: 12:01-1:01. Rich testimony continues: 1:01-1:51. Pl reads Kevin Spratt's discovery deposition designations: 1:53-2:39. Recess: 2:39. Ct and counsel proceed off the record out of the presence of the jury: 2:52-3:02. Ct proceeds in the presence of the jury: 3:04. Spratt's discovery deposition designations continue: 3:04-4:03. Additional Spratt discovery deposition designation read to jury: 4:05-4:06. Pl presents video deposition testimony of Steven Master, Ph.D.: 4:07-4:30. Jury excused for the day: 4:30. Ct and counsel proceed on the record out of the presence of the jury: 4:30-4:33. Ct in recess for the day: 4:33.

Time Start: 8:55 am
Time End:  4:33 pm
Date: February 11, 2019

C. Murad
_____
Law Clerk