## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner
Case No. 4:15-cv-00479    :   Clerk's Court Minutes – Jury Trial (Day Seven)

| Plaintiff(s) | Defendant(s) |
|---|---|
| CHERI MARCHIONDA | JOHN Q. HAMMONS HOTELS MANAGEMENT LLC; ATRIUM TRS III, LP |

Plaintiff(s) Counsel: Peter Villari; Paul Brandes; Michael Hanamirian; Fredrick James

Defendant(s) Counsel: Mark A. Schultheis; Frederick N. Sager, Jr.; M. Alan Holcomb; Emily Quan; Spencer Cady

Court Reporter: Terri Martin    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [478] Defs' Motion for Reconsideration | Denied | | |
| [470] Defs' Strike Babinetz' 3rd Suppl. Rpt. | Granted | | |
| Defs' Oral Motion for Mistrial | | | Taken under advisement |

Proceedings:

Ct and counsel proceed on the record out of the presence of the jury: 9:01. Counsel argue Defendants' pending motions for reconsideration [478] and to strike [470]. Ct denies motion for reconsideration with noted clarifications. Ct grants the motion to strike the report with noted clarifications. Trial resumes in the presence of the jury: 9:14. Ct grants Defs unresisted motion to admit exhibit related to Spratt's deposition, which was read for the jury yesterday (2/11/2019). Master's video deposition continues: 9:19-10:31. Recess: 10:31-10:46. Ct and counsel proceed off the record out of the presence of the jury: 10:46-10:57. Trial resume in the presence of the jury: 10:57. Master's video deposition continues: 10:57-11:55. Lunch recess: 11:56-12:59. Pl presents the video deposition of Jennifer Reid, M.D.: 1:02-2:29. Recess: 2:29-2:44. Reid's video deposition continues: 2:47-3:58. Pl calls Maria Babinetz; sworn; testifies: 4:02-4:34. Ct and counsel proceed out of the presence of the jury: 4:34-4:50. Defendants make oral motion for mistrial. Ct takes the matter under advisement. Ct in recess for the day: 4:50.

Time Start: 9:01 am
Time End: 4:50 pm
Date: February 12, 2019

C. Murad
_____
Law Clerk